The People of the State of New York ex rel. Augustus P. Dellett, Appellant, v. The Board of Health of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Howard S. Simpson, Respondent, v. Frank S. McBerty, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Hugh J. Reilly, Respondent, v. Frank Steinhart, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

John H. Devlin, Appellant, v. The City of New York, Respondent.— Judgment and order affirmed, with costs. No opinion.

Giuseppe Priolo, Appellant, v. Charles H. Southard and Others, Respondents. — Judgment and orders affirmed, with costs. No opinion.

Edward O. Kindberg, Respondent, v. Robert R. Chapman, Appellant.— Judgment affirmed, with costs. No opinion.

Mary A. Reynolds, Respondent, v. Alven Beveridge and Belle G. Beveridge, Appellants, Impleaded with Hugo Hunfalvy and Others.— Judgment affirmed, with costs. No opinion.

Daniel McNamara, Appellant, v. S. Ormond Goldan, Respondent.— Judgment affirmed, with costs. No opinion.

John J. Meany, Appellant, v. Robert H. Scott, Respondent.— Judgment and order affirmed, with costs. No opinion.

Mary Meyer, as Administratrix, etc., of Ernest Meyer, Deceased, Respondent, v. New York City Railway Company, Appellant.— Judgment and order affirmed, with costs. (Houghton and Scott, JJ., dissenting.)

Leon M. Hirsch, Appellant, v. Jean Baptiste Guttin, Respondent.— Judgment affirmed, with costs. No opinion. (Scott, J., dissenting.)

Flora Bernstein, Respondent, v. Supreme Lodge, Knights of Honor, Appellant, —Judgment affirmed, with costs. No opinion.

Charles J. Wilbur, Respondent, v. Kitaro Mogi and Tatsuo Momonoi, Appellants.— Judgment and order affirmed, with costs. No opinion.